# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| TROY BRINKLEY, | No. 247 EAL 2015 |
| Petitioner | |
| v. | Petition for Allowance of Appeal from the Order of the Superior Court |
| TRAVELERS PERSONAL INSURANCE AKA TRAVELERS, VENICE LOFTS ASSOCIATES, L.P., DRANOFF PROPERTIES, INC. AND VENTURI RESTORATIONS | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.